1
 The People of the State of Colorado, Petitioner In the Interest of Minor Child: H.L.B., and Petitioner H.L.B., and Concerning A.S. No. 25SC721Supreme Court of Colorado, En BancFebruary 2, 20262
 
           Court
 of Appeals Case No. 24CA1786
 
 
 
          Petitions
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals determined a question of substance not
 yet determined by this court when it determined a less
 drastic alternative need not be "currently
 available."
 
 
          [REFRAMED]
 Whether the division erred in its application of People
 in Interest of A.M. v. T.M., 2021 CO 14, 480 P.3d 682,
 concerning less drastic alternatives, contrary to the goal of
 securing permanency for children involved in the dependency
 and neglect process.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.